**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JULIAN CURRY,<br><br>                      Plaintiff,<br><br>  v.<br><br>TACOMA POLICE DEPARTMENT, et al.,<br><br>                      Defendants. | NO. C10-5034 FDB/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER |

Before the court is Plaintiff's motion for an extension of time to respond to the court's Order directing him to submit a copy of his prison trust account statement (Dkt. 3). Dkt. 4. Having reviewed the motion and balance of the record, does hereby **ORDER:**

1. Plaintiff's motion for extension of time (Dkt. 4) is **GRANTED.** Plaintiff shall file his trust account statement **on or before April 23, 2010.**

2. The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this __2nd__ day of April, 2010.

                                                    /s/ Karen L. Strombom
                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER                                                                                     1