UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIAN CURRY,

                Plaintiff,

    v.

TACOMA POLICE DEPARTMENT,
LAKEWOOD POLICE DEPARTMENT,
and K-9 UNIT,

                Defendants.

No. C10-5034 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 33) and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation (Dkt. 33).

(2)    The motion for summary judgment of Defendants City of Lakewood, Lakewood Police Department and Lakewood Police Department K9 Units (ECF No. 24) is **GRANTED**; Plaintiff's claims against these Defendants are **dismissed with prejudice.**

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 25th day of February, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1