UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JULIAN CURRY,

                  Plaintiff,

    v.

TACOMA POLICE DEPARTMENT,
LAKEWOOD POLICE DEPARTMENT,
and K-9 UNIT,

                  Defendants.

No. C10-5034 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 34) and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The motion for summary judgment of Defendants City of Tacoma (ECF No. 31) is **GRANTED**; Plaintiff's claims against the City of Tacoma are **Dismissed with Prejudice.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

**DATED** this 4th day of March, 2011.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1